IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES STROUSE,

    Petitioner,

v.                                    Civil Action No. 3:13CV323

ERIC D. WILSON,

    Respondent.

**FINAL ORDER**

In accordance with the accompanying Memorandum Opinion, it is ordered that:

1. Strouse's Objections (ECF No. 32) are OVERRULED;
2. The Report and Recommendation is ACCEPTED and ADOPTED;
3. Wilson's Motion for Summary Judgment (ECF No. 26) is GRANTED; and,
4. Strouse's claims and the action are DISMISSED.

Should Strouse desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal may result in the loss of the ability to appeal.

The Clerk is directed to send a copy of the Final Order to Strouse and counsel for Wilson.

It is so ORDERED.

                                          /s/    REP

Date: February 18, 2015        Robert E. Payne
Richmond, Virginia          Senior United States District Judge